No. 00–1842. STATOIL ASA v. HEEREMAC V. O. F. ET AL. C. A. 5th Cir.;

No. 00–1860. MEMORIAL HOSPITALS ASSN. v. HUMPHREY. C. A. 9th Cir.; and

No. 00–1926. AMERICAN INSURANCE ASSN. ET AL. v. LOW, COMMISSIONER OF INSURANCE OF CALIFORNIA. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 00–8452. ATKINS v. VIRGINIA. Sup. Ct. Va. [Certiorari granted, 533 U. S. 976.] Order entered September 25, 2001, is amended as follows: Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether the execution of mentally retarded individuals convicted of capital crimes violates the Eighth Amendment?"

No. 00–9054. COREY v. MENDEL ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [532 U. S. 1036] denied.

No. 00–9491. JOHNSON v. WYOMING. Dist. Ct. Wyo., Laramie County. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [532 U. S. 1036] denied.

No. 00–10065. ANDERSON v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [533 U. S. 926] denied.

No. 00–9280. KELLY v. SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, 533 U. S. 928.] Motion of appointment of counsel granted, and it is ordered that David I. Bruck, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 00–9285. MICKENS v. TAYLOR, WARDEN. C. A. 4th Cir. [Certiorari granted, 532 U. S. 970.] Motion of Legal Ethicists et al. for leave to file a brief as *amici curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–9939. MATTHEWS v. SPALDING, DIRECTOR, IDAHO DEPARTMENT OF CORRECTIONS. C. A. 9th Cir.;

No. 00–10003. ZHANG v. ARIZONA STATE UNIVERSITY ET AL. C. A. 9th Cir.;

No. 00–10139. CHRISTEN *v.* ALABAMA. Ct. Civ. App. Ala.;

No. 00–10391. THOMAS SHAKIR *v.* SCHLEIN ET AL. Ct. App. D. C.;

No. 00–10445. GERMANO ET UX. *v.* FIRST NATIONAL BANK OF BETHANY ET AL. C. A. 5th Cir.;

No. 00–10458. MATIMA *v.* AYERST LABORATORIES, INC. C. A. 2d Cir.;

No. 00–10710. DRYDEN *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir.;

No. 01–5359. DOE *v.* NOE ET AL. (two judgments). App. Ct. Ill., 4th Dist.;

No. 01–5413. OLUFEMI *v.* DEKALB COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES. C. A. 11th Cir.;

No. 01–5533. JONES *v.* MERIT SYSTEMS PROTECTION BOARD (two judgments). C. A. Fed. Cir.;

No. 01–5756. SHEA *v.* BOARD OF TRUSTEES, TEACHERS' PENSION AND ANNUITY FUND. Super. Ct. N. J., App. Div.; and

No. 01–5999. RIDLEY *v.* UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 22, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–10769. MANN *v.* THALACKER, WARDEN. C. A. 8th Cir. Motion of respondent to strike petition for writ of certiorari and to seal petitioner's appendix granted without prejudice to counsel for petitioner submitting a redacted petition for writ of certiorari, with the appendix under seal, on or before October 22, 2001.

No. 01–163. IN RE RETTIG. C. A. 6th Cir. Petition for writ of common-law certiorari denied.

No. 01–5349. IN RE YOUNG. D. C. W. D. Ky. Petition for writ of common-law certiorari denied.

No. 00–10558. IN RE BROADES;

No. 00–10730. IN RE COLE;

No. 00–10829. IN RE MCSHEFFREY;

No. 00–10849. IN RE ASBERRY;

No. 00–10860. IN RE CASTELLANOS;

No. 00–10863. IN RE HETHERINGTON;

No. 00–10869. IN RE COTHRUM;